UNITED STATES CASUALTY COMPANY, Appellant, *v.* NORTH AMERICAN BREWING COMPANY, Respondent.

Argued December 7, 1938; decided January 4, 1939.

*Henry Ader McCarthy* and *William Butler* for appellant. *Byron Clark* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.